# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michael A. Nelson**, DOB: 1992, United States<br>**Michelle Wilson**, DOB: 1989; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-06085MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(ii).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

**COUNT 1 (Felony)** On or about November 14, 2021, in the District of Arizona, **Michael A. Nelson and Michelle Wilson**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Yahir Alcudia-Jimenez; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about November 14, 2021, in the District of Arizona, **Michael A. Nelson and Michelle Wilson**, knowing and in reckless disregard of the fact that certain illegal aliens, including Yahir Alcudia-Jimenez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On or about November 14, 2021, in the District of Arizona near Naco, AZ, Border Patrol Agents (BPA) heard radio traffic stating BPA in the area of Browns Corner, located at the intersection of Coronado Memorial and Montezuma Canyon Roads, were searching for a group of undocumented migrants. BPA reported witnessing a black Jeep driving westbound on Montezuma Canyon Road and, moments later, turn around and turn southbound on Coronado Memorial. A separate agent stated over the radio that he had just passed a black Jeep on Coronado Memorial and it looked to be carrying a heavy load in the rear. Another agent, parked on SR92, also observed a black Jeep as it passed him on SR 92, also noting the weighted down rear end of the vehicle. The agent turned onto SR92 to follow the Jeep. The Jeep had temporary tags that were not legible to the agent due to small print. At that time, the agent initiated emergency lights and sirens and the black Jeep pulled over.

BPA approached the vehicle and contacted the driver, identified as **Michelle Wilson**. BPA observed a front-seat, male passenger later identified as **Michael A. Nelson**. BPA asked **Wilson** to roll-down the back window on the driver's side, at which point he observed three individuals in the back seat, attempting to hide. BPA found two additional individuals in the rear cargo area of the Jeep. All five of the suspected undocumented migrants admitted that they were illegally present in the United States. Wilson stated in a post-Miranda interview that she picked up the individuals after they waved down the Jeep and offered to pay 100 USD for a ride.

Material witness Yahir Alcudia-Jimenez stated that he was a citizen of Mexico and had illegally entered the United States on November 13, 2021. He stated he arranged to pay 9,400 USD to be smuggled to New York. He stated he was being guided by cellular device and was instructed to walk until he reached Coronado Road, at which point he was told a black Jeep would be there to pick him up. He stated when the black Jeep arrived, the passenger shouted for him to "come on!" He stated there were four people in the car when he got inside – a female driver, male passenger, and two other men laying down in the back of the Jeep.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Yahir Alcudia-Jimenez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/arm | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 15, 2021 |

[1] **See Federal rules of Criminal Procedure Rules 3, 4.1, and 54**